UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL J. GRASSO, JR.,** : | |
| Petitioner : | CIVIL ACTION NO. 3:20-2040 |
| v. : | (JUDGE MANNION) |
| **WARDEN ERIC BRADLEY,** : | |
| Respondent : | |

**ORDER**

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Grasso's petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Grasso's motion for appointment of counsel and to certify class (Doc. 8) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: September 23, 2021
20-2040-01-Order